Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIEGAN TIDBALL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | No. 3:23-cv-05608-BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS**<br><br>**(CLERK'S ACTION REQUIRED)** |

### 1) STIPULATION

The undersigned parties stipulate that all claims and causes of action of Plaintiff Tiegan Tidball be dismissed with prejudice and that the Order below dismissing this case with prejudice and without costs may be entered.

Dated this 21st day of May, 2024.

FORSBERG & UMLAUF, P.S.

*s/Matthew S., Adams*
Matthew S. Adams, WSBA #18820
*Attorneys for Defendant Safeco Insurance Company of America*

Dated this 21st day of May, 2024.

BASTION LAW

*s/Jesse Froehling*
Jesse Froehling, WSBA #47881
*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL – 1
CAUSE NO. 3:23-CV-05608-BHS

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

2) **ORDER**

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore it is ORDERED that this case is dismissed with prejudice and without an award of attorney fees and costs to either party.

Dated this 22nd day of May, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

FORSBERG & UMLAUF, P.S.

*s/Matthew S. Adams*
Matthew S. Adams, WSBA #18820
*Attorneys for Defendant Safeco Insurance Company of America*

BASTION LAW

*s/Jesse Froehling*
Jesse Froehling, WSBA #47881
*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL – 2
CAUSE NO. 3:23-CV-05608-BHS

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX